IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKI DOWLEN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 3:08-0194 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Pending before the Court is Plaintiff Vicki Dowlen's Motion For Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 11). Defendant also filed a Motion for Judgment on the Pleadings ("Defendant's Motion") (Doc. No. 19) and a Supplemental Response (Doc. No. 25), to which Plaintiff filed a Reply Brief (Doc. No. 26). Magistrate Judge Bryant issued a Report and Recommendation ("Report") on March 24, 2009, recommending that Plaintiff's Motion be denied and the decision of the Social Security Administration ("SSA") be affirmed. (Doc. No. 27). Plaintiff has not filed any objections to the Report.

Upon review, the Court finds the Report to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion is **DENIED**, the Defendant's Motion is **GRANTED**, and the SSA's decision is **AFFIRMED**.

It is so ORDERED.

Entered this the ___10th___ day of April, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT